UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEON DEWS, | CASE NO. 1:12-cv-00242-AWI-MJS PC |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION/REQUEST/NOTIFICATION TO SUPPLEMENT THE FIRST AMENDED COMPLAINT |
| KERN RADIOLOGY MEDICAL GROUP, INC., | (ECF No. 13) |
| Defendants. / | |

Clarence Leon Dews ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed on February 21, 2012 pursuant to 42 U.S.C. § 1983. Plaintiff filed a First Amended Complaint on March 2, 2012 (ECF No. 4) before the Court had screened Plaintiff's original Complaint.  The Court has not yet screened the First Amended Complaint either.

Before the Court is Plaintiff's Motion/Request/Notification (ECF No. 13) to supplement the First Amended Complaint. His request must be denied for the following reasons.

Amended pleadings must be complete within themselves without reference to another pleading. Partial amendments are not permissible. Local Rules for the U.S.D.C. Eastern District, Rule 220. Plaintiff's Motion/Request/Notification is not a complete amended pleading.  Any pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief ...." Fed.R.Civ.P. 8(a)(2). Detailed factual

-1-

allegations are not required, but "[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." Ashcroft v. Iqbal, 556 U.S. 662, 129 S.Ct. 1937, 1949 (2009) (citing Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007)). A complaint standing alone must set forth "sufficient factual matter, accepted as true, to 'state a claim that is plausible on its face.'" Id. Moreover, a Plaintiff may not "supplement" as to events occurring prior to the date of the First Amended Complaint. Fed.R.Civ.P 15(d).

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's First Amended Complaint is in line for screening. However, the Court has a large number of prisoner civil rights cases pending before it and will screen Plaintiff's First Amended Complaint in due course.

Accordingly, for the foregoing reasons, it is ORDERED that Plaintiff's Motion/Request/Notification (ECF No. 13) to supplement the First Amended Complaint is DENIED.

IT IS SO ORDERED.

Dated:   March 26, 2012           /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE