UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE LEON DEWS, | CASE NO. 1:12-cv-00242-AWI-MJS PC |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MISCELLANEOUS MOTIONS |
| KERN RADIOLOGY MEDICAL GROUP, INC., et al., | (ECF NOS. 15-18) |
| Defendants. / | |

Plaintiff Clarence Leon Dews is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed on February 21, 2012 pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) Plaintiff filed a First Amended Complaint on March 2, 2012 (First Am. Compl., ECF No. 4) without the Complaint having been screened. The Court has not screened the First Amended Complaint.

Before the Court are Plaintiff's Motion to Compel Discovery (Mot. to Compel, ECF No. 15), Motion to Verify Parties (Mot. to Verify, ECF No. 16), Motion to Designate Records (Mot. to Designate R., ECF No. 17), and Summons Motion (Summons Mot., ECF No. 18.)

These Motions are premature. The requested relief cannot be granted.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which

relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

The Court is aware of Plaintiff's action and his First Amended Compliant is in line for screening. However, the Court has a large number of prisoner civil rights cases pending before it and will screen Plaintiff's First Amended Complaint in due course. Until such time as the Court has screened Plaintiff's First Amended Complaint, no further action is required of Plaintiff. The Court will not direct service of summons by the United States Marshal absent a pleading containing cognizable claims for relief against the named Defendants. Plaintiff will have an opportunity to raise discovery and evidentiary matters at any appropriate time subsequent to service.

Accordingly, for the foregoing reasons, it is ORDERED that Plaintiff's Motion to Compel Discovery (Mot. to Compel, ECF No. 15), Motion to Verify Parties (Mot. to Verify, ECF No. 16), Motion to Designate Records (Mot. to Designate R., ECF No. 17), and Summons Motion (Summons Mot., ECF No. 18) are DENIED.

IT IS SO ORDERED.

Dated:   April 13, 2012         /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE